IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMIAH B.<br><br>v.<br><br>MICHELLE KING,<br>Acting Commissioner of<br>Social Security | :<br>:<br>:<br>:<br>:  NO. 24-CV-4549<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

AND NOW, this 11th day of February, 2025, it is hereby ORDERED that Claimant's Request for Review is GRANTED IN PART and the matter REMANDED for the consideration of all evidence regarding fatigue, and its impact on the ability to perform work at the medium exertional level; and the effect of anxiety and fatigue upon the petitioner's ability to perform full-time work, with the parties permitted to brief these issues before the ALJ issues a decision.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*
_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE